IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:11-CR-85-1H

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | (UNDER SEAL) |
| CHARLES EDWARD HOCKADAY, ) | |
| ) | |
| Defendant. ) | |

Upon motion of the defendant and for good cause shown, the sentencing memorandum [DE #32] and defendant's motion to seal said memorandum [DE #36] are hereby sealed.

This 2nd day of July 2013.

_____
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, N.C.