IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:11-CR-85-1H
No. 4:16-CV-174-H

CHARLES EDWARD HOCKADAY, )
)
    Petitioner, )
) ORDER
v. )
)
UNITED STATES OF AMERICA, )
)
    Respondent. )

For good cause having been shown upon the motion of Respondent, it is hereby

ORDERED that Petitioner is allowed 30 days from the filing of this order to file a supplemental 28 U.S.C. § 2255 motion or other response to the Supreme Court's decision in Beckles v. United States, __ S. Ct. __, No. 15-8544, 2017 WL 855781 (March 6, 2017).

It is further ORDERED that Respondent shall have 30 days from the filing of Petitioner's supplement to file a response, if any.

This 2nd day of May 2017.

                                            /s/ Malcolm J. Howard
                                       _____
                                       MALCOLM J. HOWARD
                                       Senior United States District Judge