IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:11-CR-85-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| CHARLES EDWARD HOCKADAY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for early termination of supervised release (DE 112). Upon review of the motion, the responses by the probation office and the government, and the record in this case, defendant has not demonstrated good cause for early termination of supervised release. Based on the dangerous nature of the offense of conviction, defendant's history of violent offenses and supervision violations, as well as the reasons for imposition of supervised release, completion of defendant's term of supervised release is required. The court commends defendant for his recent compliance and accomplishments while on supervised release. However, defendant's continuation in compliance with the terms of supervised release is consistent with the court's expectations at sentencing. Hardships due to conditions on travel and other restrictions under supervised release, as described by defendant in his motion, do not outweigh these factors requiring continued supervision. See 18 U.S.C. § 3583(e)(1). Therefore, the instant motion is DENIED.

SO ORDERED, this the 1st day of July, 2025.

_____
LOUISE W. FLANAGAN
United States District Judge